GEORGE B. BROWNELL, Executor, etc., Appellant, v. EDWARD AKIN, Respondent.

(Argued April 18, 1876; decided April 28, 1876.)

REPORTED below, 6 Hun, 378.

*James Lansing* for the appellant.

*Esek Cowen* for the respondent

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.

---

PATRICK McGRILL, Respondent, v. THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant.

(Submitted April 19, 1876; decided April 28, 1876.)

*Laning & Willett* for the appellant.

*Lewis & Gurney* for the respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.

---

THE TRADESMAN'S NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. BERNARD McFEELEY et al., Executors, etc., Appellants.

(Argued April 25, 1876; decided April 28, 1876.)

*Isaac Dayton* for the appellants.

*Robert H. Corbett* for the respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.